# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS ENGAGED IN ADVANCING TEXAS, M.F., by and through next friend, VANESSA FERNANDEZ, AMPERSAND GROUP LLC, and BRANDON CLOSSON,<br><br>       *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as the Texas Attorney General,<br><br>       *Defendant*. | Civil Action No. 1:24-cv-00945 |

## PLAINTIFF STUDENTS ENGAGED IN ADVANCING TEXAS'S CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, Students Engaged in Advancing Texas ("SEAT") hereby discloses the following information: SEAT is an unincorporated association. SEAT has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: August 16, 2024           Respectfully submitted,

| | |
|---|---|
| */s/ Adam S. Sieff* | */s/ Robert Corn-Revere* |
| AMBIKA KUMAR* | ROBERT CORN-REVERE* |
|  ambikakumar@dwt.com |  bob.corn-revere@thefire.org |
| CAESAR KALINOWSKI IV* | FOUNDATION FOR INDIVIDUAL |
|  caesarkalinowski@dwt.com | RIGHTS AND EXPRESSION |
| DAVIS WRIGHT TREMAINE LLP | 700 Pennsylvania Avenue SE, Suite 340 |
| 920 Fifth Avenue, Suite 3300 | Washington, DC 20003 |
| Seattle, WA 98104 | Telephone: (215) 717-3473 |
| Telephone: (206) 622-3150 | |
| | |
| ADAM S. SIEFF* | DAVID RUBIN* |
|  adamsieff@dwt.com |  david.rubin@thefire.org |
| DAVIS WRIGHT TREMAINE LLP | FOUNDATION FOR INDIVIDUAL |

1

865 South Figueroa Street, 24th Floor
Los Angeles, CA  90017
Telephone: (213) 633-6800

DAVID M. GOSSETT*
  davidgossett@dwt.com
CHELSEA T. KELLY*
  chelseakelly@dwt.com
MARIETTA CATSAMBAS*
  mariettacatsambas@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Telephone: (202) 973-4200

RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC  20003
Telephone: (215) 717-3473

*/s/ JT Morris*
JT MORRIS (TX Bar. 24094444)
  jt.morris@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC  20003
Telephone: (215) 717-3473

*Attorneys for Plaintiffs*

*pro hac vice application forthcoming

2