IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS ENGAGED IN ADVANCING TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:24-CV-945-RP |
| | § | |
| KEN PAXTON, *in his official capacity as the Texas Attorney General*, | § § § | |
| Defendant. | § § | |

## **ORDER**

Before the Court is Defendant's opposed motion to stay or in the alternative motion for extension of time. (Dkt. 23). Defendant first requests that the Court stay this suit while the Court considers the preliminary injunction in the related challenge to HB 18 filed in *Computer & Communications Industry Association et al. v. Paxton*, 1:24-cv-00849-RP (W.D. Tex.). The Court issued its order in *Computer & Communications Industry Association* on August 30, 2024, granting in part and denying in part the motion for preliminary injunction. *See id.* at Dkt. 25. Accordingly, Defendant's motion to stay is moot.

In the alternative, Defendant requests an extension of time of one week to respond to Plaintiffs' motion for preliminary injunction, (Dkt. 17), and an extension of time to file an answer or otherwise respond to Plaintiffs' complaint. (Dkt. 23). Plaintiffs oppose Defendant's request as it relates to the briefing schedule on the motion for preliminary injunction, but they do not oppose Defendant's request for more time to respond to Plaintiffs' complaint. (Dkt. 26).

The Court finds good cause to grant Defendant a one-week extension of time to file its response to Plaintiffs' motion for preliminary injunction. In light of the lack of opposition and for

good cause shown, the Court will also stay Defendant's answer deadline until after the Court has issued its order on the motion for preliminary injunction.

Accordingly, **IT IS ORDERED** that Defendant's opposed motion to stay or in the alternative motion for extension of time, (Dkt. 23), is **GRANTED IN PART AND DENIED IN PART AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant shall file its response to Plaintiffs' motion for preliminary judgment on or before **September 13, 2024**.

**IT IS FINALLY ORDERED** that Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint is stayed until **21 days** after the Court's decision on Plaintiffs' motion for preliminary injunction.

**SIGNED** on September 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE